















https://twitter.com/NicoleRPrause/status/1056667197781630976





**Liberos**
@NicoleRPrause

Follow ∨

Replying to @NicoleRPrause @NoFap @DrDavidLey

The guy with multiple police and FBI reports for stalking me is promoted as a "professor" on your website, when he holds no college degree.
NoFap is promoting misogyny. NoFap is a hate group.





12:23 PM - 28 Oct 2018















**Leon Hewer** @LeonHewer · 15h
Where's the "mounting evidence that the "No Fap" movement empowers misogynistic hate groups"? Seems like you could provide some links or something, rather than relying on lazy associations.

💬 1     🔁     ♡     ✉️

**Liberos**
@NicoleRPrause                    Follow

Replying to @LeonHewer

This is a peer-reviewed paper reviewing the misogyny in NoFap forums:
journals.sagepub.com/doi/abs/10.117 ...
Here is the NoFap founder promoting Proud Boys (violent terrorist group) founder Gavin McInnes, joking about stalking me w stolen image, & follower threatening to rape me.



An update on your report

Thanks again for letting us know. Our investigation found this account violated the Twitter Rules:

**NoFap ResistanceArmy**
@Valerian122

Violating our rules against posting <a href="{{link}}" target="_blank">violent threats</a>.

3:07 PM - 5 Dec 2018



(https://twitter.com/NicoleRPrause/status/1105137478887890945)



**Is porn making young men impotent?**

Up to a third of young men now experience erectile dysfunction. Some are turning to extreme measures such as penile implants – but is kicking their pornograp...

theguardian.com

○ 1     ⟲     ♡

**Liberos**
@NicoleRPrause

**Follow**   ⌄

Replying to @Planographer @DrDavidLey

If @amy_fleming wants to promote NoFap that threatens to rape female scientists, jokes @ stalking women (LAPD & FBI reports available), known for misogyny, & promotes pseudoscience, perfect piece.
Reality:
onlinelibrary.wiley.com/doi/full/10.10...
journals.sagepub.com/doi/abs/10.117 ...
rdcu.be/bpUA5



**Alexander Rhodes**
@AlexanderRhodes

@YourBrainOnPorn @JamesTherapy How d you get to another state so quickly to stalk? also behind all of the mysterious clown sightings?

Media not displayed

This image has been removed in response to a report from the copyright holder.

LIKES
5

An update on your report

Thanks again for letting us know. Our investigation found this account violated the Twitter Rules:

**NoFap ResistanceArmy**
@Valerian122

Violating our rules against posting <a href="{{link}}" target="_blank">violent threats</a>.

ady (Voon et al. 2014). Additionally, evidence from the or ationally representative (Dutch) study demonstrated bet xual function associated with more VSS viewing (De Gr ; Wijsen, 2017). Another proposed mechanism that toleran ill develop to VSS that generalizes to the partnered contex ifuted by cross-sectional (Shor & Seida, 2019), longitudin Grubbs, Wilt, Exline, & Pargament, 2018), and experiment Parada, Gérard, Larcher, Dagher, & Binik, 2016) studies.
The only aspect of VSS and sexual response for which ca as not yet been established is VSS viewing and sexual functi ug with the partner actually present in the laboratory. Leonha t al. (2018) did acknowledge this as important, as they we ot able to "fully understand the extent that content depicted xual media might influence arousal and intimacy in a sexu lationship without accounting for couple." We brought 2 eople (125 couples) into our laboratory to test the relations f VSS and intimate responses with a partner, and these data ι nder review (Prause & Siegle, 2019).

8:58 AM - 11 Mar 2019

## Science documenting the misogyny from these groups

Submitted by Nicole Prause on October 29, 2018 - 2:05pm

"'I want that power back': Discourses of masculinity within an online pornography abstinence forum"

This was a systematic review of the content in those forums. I believe Ley's point is not to say everyone must masturbate at some regular schedule. If you choose not to masturbate, just don't promote for-profit groups that support misogyny and advertise Proud Boys and other antisemitic groups. As far as I am aware, the only celebrity fan of YourBrainOnPorn is David Duke, which he described as preventing race mixing.

There are many ways to reach your goals that don't line the pockets of hate groups.

| Reply to Nicole Prause | Quote Nicole Prause |
|---|---|

## Peer-reviewed misogyny

Submitted by Nicole Prause on October 29, 2018 - 4:47pm

The fake-name account appears to want some of the quotes from the systematic-review paper posted. These will make very clear that extensive content on the NoFap website is misogynist. If you visit this website, you will be supporting and furthering misogyny, above and beyond the antisemitism evidenced from Dr. Ley's original piece.

## Scientist vs. anonymous blogger

Submitted by Nicole Prause on October 29, 2018 - 5:24pm

Scientist every time

There's was a peer-reviewed article. You probably wrote all of those yourself. I just discovered that the NoFap company account actually was being run by Alexander Rhodes himself, in violation of his no-contact request. So your actual founder is stalking women online in violation of no-contact orders.

You provide no evidence that their review was not balanced. As your cannot pass peer-review, I think it's clear where the problem is.

**Reply to Nicole Prause**     **Quote Nicole Prause**