NoFap Home     The Forums     The Store     The Subreddit     PANIC BUTTON



≡ Menu        💬 Recent Posts                                                    Log in or Sign up

Home  ›  Forums  ›  Communities  ›  NoFap Technical Support and Feedback

# NoFap's Forum Posting Rules and Etiquette Guidelines

Tags:  ◦ forum guidelines    ◦ forum rules

Thread Status: **Not open for further replies.** 🔒

Aug 10, 2017                                                                                                                #1



**Moderation Team**
Announcement Account

**Staff Member**


💬  31
👍  514
🏆  53

Last Updated: March 08, 2019

This page contains the rules for communicating using NoFap's forum. Failure to abide by these rules could result in the following:

- Removal of your post(s)
- A warning from the NoFap moderation team
- Complete removal of your ability to post on NoFap (muting/banning) for any period of time, including permanently
- In the case of advertising or spam, the URL may be blacklisted from our network

**In addition to these forum communication rules, usage of NoFap constitutes agreement to NoFap's User Agreement** ("https://www.nofap.com/user-agreement/"). Please read the rules and user agreement carefully before participating.

**NoFap hosts one of the most supportive user-bases on**

**the internet. Please help us keep it that way.** Be nice to other users of our website, be helpful and supportive, be positive, and although you may not agree with somebody, always assume they are operating in good faith until proven otherwise.

NoFap is a porn recovery and sexual health platform. For this reason, NoFap's forums are more heavily moderated than other forums that you might find online. This is to keep NoFap porn-free and conducive to our goals of fostering an environment friendly to a recovering porn addict.

**Do not post pornographic images or links to pornography.** This will result in an immediate ban from the NoFap forum.

**Be sensitive to easily-aroused users.** Please don't go into graphic detail about your sexual exploits or other sexually suggestive writing without using the "spoiler" code (as seen in the posting toolbar). Don't mention the names of specific porn websites or performers without blocking out the text with spoiler code. If you mention the name of a specific porn site, do not under any circumstances link to it. This will result in a ban. Because of some browsers automatically linking words that look like links (such as example.com), we strongly recommend leaving the .com off. Posts that are deemed by moderators to require "spoiler" code may be edited by moderators without prior notification.

**Please treat other NoFap users with respect. Avoid name calling, insults, and degrading comments.** Do not personally attack other users. While everyone is welcome to express their opinion on the forum, please do so constructively. If you do not agree with something that someone has said, you are welcome to question it or challenge it. However blatant attacks on other users because of differing opinions or morals will not be tolerated. This includes spreading your opinions of a particular user publicly on the forum, and/or using the forums to incite negative opinion against a particular user in hopes the moderation team will ban them. Questioning the morals or

postings of another user is equivalent to publicly shaming them and will be subject to moderation action or warning. If you have concerns about a particular user, please contact a moderator privately through the Private Messaging (PM) system and/or report the user's posts with the report button.

**If you choose to report a user, make your report privately.** Publicly announcing that you are making a report or encouraging others to make a report will be considered trolling or a personal attack and will be subject to moderation action, especially if the user is not in violation of the rules.

**Misogyny, misandry, racism, anti-LGBT, or any sweeping statements pertaining to every member of a demographic of people are not permitted.** Although we may have differing viewpoints, we're all here to provide an inclusive place to help each other abstain from PMO. Particularly, threads attacking women and threads based in hatred toward a specific group of people are not permitted on the forum and subject to moderation action or warning.

**If you reveal the identity of another user without permission, you will be banned.** More commonly known as "doxxing," it is against the rules to post personal information publicly about another user without permission from that user. Threats to reveal the identity of another user are also grounds for being banned from the NoFap platform. Personal information includes real name, address, family information, career information, date of birth, or other information about themselves, whether gathered via personal messaging or from outside of NoFap, in a bad faith attempt to harm the person in some way. If somebody wants to remain anonymous, let them remain anonymous.

**Stay on topic.** You are expected to post in the proper section. Guides to the kind of topics that belong in each section are posted and stickied at the top of each forum section. If, after reading the posting guides you are unsure which forum section

https://forum.nofap.com/index.php?threads/nofaps-forum-posting-rules-and-etiquette-guidelines.121256/                         3/15

your thread belongs in, please ask a moderator for direction before posting. Don't hijack another user's threads with replies that are unrelated to the original post. Offtopic, hijacked, or incorrectly placed threads or posts may be moved or deleted and the user warned.

**Criticizing rebooting (abstaining from porn, masturbation, or even orgasm altogether) is permitted.** We will not prevent you from expressing your opinions, even if we disagree with them. If you want to debate about porn or masturbation, don't derail another person's submission or try to discourage particular NoFap users - post a new thread to share your views.

**Respect other people's reboots.** While it is alright to have your own opinions about the "proper" way to reboot, it is against the rules to actively discourage particular users from reaching their own individually-elected rebooting parameters. Violations are subject to moderation action or warning For example, encouraging a user who is abstaining from PMO in their thread to use pornography because using porn is "okay" to you is against the rules. But you can argue that point in your own thread. It is alright to answer questions "Is watching porn okay?" and offering your opinion, but only do so if your advice is solicited. It is also acceptable to recommend additional rebooting parameters ("hey, you should consider abstaining from orgasm too!"), just please don't discourage them from reaching the goals that they have already set for themselves.

**Giving advice.** It is the belief at NoFap that all users, regardless of background, streak, or other factors, can have something to contribute to the community as a whole. Failing is its own learning process that imparts valuable lessons, and in any case, a user's current streak is not an accurate reflection of any past success or failure they have had in recovery. As such, no user shall call out, attack, or shame other users for giving advice due to reasons such as a low streak, not completing a professional recovery program, etc. Posts that discourage other members of the community from participating may be edited or

removed and the users subject to moderator action.

**Avatars and Images.** As we have a large and diverse user-base, policies are created and enforced with all people considered. For example, while a photograph of a shirtless man might not be arousing for a straight male user, straight females and non-heterosexual men might find the photograph to be arousing.

Sexually explicit images are always prohibited anywhere across the NoFap platform. Warnings are typically not given, and offenders will either be temporarily suspended from posting or permanently banned based on how explicit the material is.

Sexually explicit material can include art, drawings, paintings, cartoons, 3D graphics, photographs, or any other image that appears on the screen.

- Sexually provocative imagery is unacceptable for a porn recovery forum. This includes clothed photos of porn performers, clothed people in sexualized poses, clothed animated porn characters, etc.
- Images that feature lingerie, stockings, hosiery, or similar are prohibited.
- Topless photographs are not permitted for either men or women.
- Images that show a man or woman's areolas are always removed.
- Images that show more than 25% of the chest and torso skin are prohibited.
- Foot-focused, chest/breast-focused, or sexualized body-part focused images are prohibited.
- This policy applies to weight-lifting photos, photos from bands, movies, swimming, etc.
- "Selfie style" photos are permitted as long as they fit within the other guidelines.
- Images associated with groups that promote violence (KKK, Nazi, etc.) are always prohibited.

- Images that exhibit offensive gestures or text are not allowed.
- Images that contain gore are not allowed.
- Images that violate copyrights or trademarks are prohibited.
- Any image that violates other forum rules, such as advertising, is prohibited.

It is possible for an image to be initially approved, and later overturned by another member of the Moderation Team. If your image is deleted and you are instructed to select a different image, continuing to select images that violate the rules will be considered to be disregarding moderator instructions, and may be subject to additional corrective actions. This will apply even if the new image is initially approved and then overturned.

**Advertising is not permitted.** NoFap is not the place for you to promote your products, services, article, blog, ebook, video, mailing list, website, etc. Advertiser accounts will be banned. Note that this prohibition includes initiatives that you may not be directly involved with, but are run by organizations or acquaintances you may be affiliated with.

**Spam of any kind is prohibited.** Spam of any kind will be subject to moderator action, up to and including a permanent ban.

**Collection of user information is not permitted.** Studies, petitions, or other initiatives that collect user contact information will be removed unless if first approved by NoFap. Persistent threads seeking user information without permission from the NoFap organization will result in a ban.

**No posting unsolicited casting notices for reality television, interviews, or other media correspondence without first contacting and getting permission from NoFap.** All media requests should be submitted here. All such postings will be immediately deleted and will be subject to moderation action

**"NoFap" is the name of our website and it is a registered trademark.** We have other trademarks too, such as Fapstronaut, Get a New Grip on Life, and People over Porn. In order to protect our brand and our ability to help people around the world, we have to enforce our exclusive use of our trademarks. Click here to view our trademark usage guidelines. While external websites that utilize our name are not permitted, we highly encourage users to start their own unofficial accountability groups within our network. Violating NoFap's trademarks can result in legal action.

**Don't ask for post likes or replies.** "For every like/reply I won't masturbate for a day!" posts will be removed. This also includes using likes as voting systems, offers to like other users posts in exchange for recognition, etc., which will be subject to moderation action.

**Before reaching out, you should perform a search to see if your question or suggestion has already been posted before.** This saves other people's time, improves forum organization, and reduces redundancy.

**Please refrain from posting things of religious or anti-religious nature unless you're sharing your personal story within your personal journal.** If someone mentions how religion or a lack of religion has helped them, do not criticize them. If you want to debate, use the interreligious discussion group. **Threads that discuss religious topics will be moved to either the interreligious discussion or the appropriate religious group.** If you are not a member of that group, the thread will appear deleted to you. Join the group, and the thread will be visible.Proselytization is prohibited. NoFap is not an acceptable place to convince users to join your religion. Unless if you're sharing your own personal story within your own personal journal thread, submissions should be secular so that users from all backgrounds can benefit from it. Live and let live - regardless of your faith or lack thereof, don't try to impose your views onto other Fapstronauts. For

conversation geared towards your particular beliefs, check out the user-organized Groups feature. If a group doesn't exist for your religion and you have collective group of people who want a group then you are more than welcome and encouraged to start one. Get in-touch with a moderator or administrator.

**Don't deliberately detract from the experience of other users' ability to use the website.** This includes excessively bumping threads, posting the same message repeatedly or in multiple forum sections, posting excessively in a thread without feedback from other users (your personal journal excepted), using nonsensical phrases, using images that are too large and break the functionality of the website, or other actions that intend to disrupt the normal use of NoFap will be subject to moderation action or warning.

**Money.** We do not allow financial commerce to be conducted on the forum. That includes offering goods or services, offering pay-to-join rebooting challenges or wagers/bets, encouraging people to send you money for any reason, or even offering to send other people money.

**Trolling.** This is a pornography addiction recovery and sexual health forum. To meet that purpose, posts that are designed to derail constructive conversation - such as "hijacking" a thread with irrelevant information, spamming, posting only with the purpose of inciting a dramatic reaction (i.e. "trolling"), concern trolling (threatening to report a user if they continue to disagree with a position), or other similar posts, are subject to moderation action.

**Accountability group minimum size is 2, and the absolute maximum is 20.** Some users try to skirt by our anti-advertising rules by creating giant accountability groups / brands, which are often used to market goods or services. Advertising isn't the intended purpose of the website and posts soliciting mass amounts of personal contact information from users will be removed by moderators. Groups above 20 people disrupt the original purpose of this forum (we intend it to be for

forging personal connections between NoFap users) and according to research, are simply impractical. This includes groups that are hosted on group messaging services such as Kik, Whatsapp, Discord, Slack, etc.

**Suicide.** Some members may experience depression and suicidal thoughts. If you are thinking about suicide or self-harm, seek help immediately. It doesn't hurt to talk to a trained professional. Here is a list of hotline phone numbers. A trained professional can provide you with the help you need in a discreet and confidential manner. If you notice another user who is discussing plans to commit suicide, bring it to the attention of NoFap immediately by reporting the post, messaging a moderator, and/or emailing us. As hard as it might be to tell if a situation is real and a crisis, do not engage in "tough love" tactics, call the poster a troll, call them attention seeker, etc. First off, you really have zero idea if it is a "real" situation or not. There is always the very-possible chance that it is a person in mental crisis. Anyone encouraging a person to commit suicide will be banned from NoFap. Don't do it.

**Signatures.** Signatures must follow all of the rules of the site, along with a few other restrictions. **You may not embed images from other websites in your signature.** This is to protect the identity of other NoFap users. Furthermore, we only allow linking to NoFap.com in signatures, not other websites. You are welcome to link to other websites in threads and posts. Using large images that break the functionality of the site or disrupt thread flow are also prohibited.

**Threatening.** Threatening of any kind is strictly prohibited and is subject to actions up to and including an immediate ban. This includes threats of doxxing, violence, illegal activity, real world attacks/assaults, etc. and includes any type of target, such as a user, a real person, a moderator, a business, an organization, etc.

**Circumventing or Ignoring Moderator Actions.** Any attempts to circumvent, ignore, or disregard moderator actions

will result in immediate mutes and/or bans of affected user accounts. If an account is already muted, a more severe action will be invoked. If you are banned from the forum, you are not permitted to evade the ban by making a new account.

**Reporting rule-breaking content.** If you see something that breaks our policies, alert the moderation team. If you see a post that breaks these rules, click the report icon to alert the moderation team to take action.

**Threatening the NoFap Organization.** Threatening the NoFap organization, or any member of the NoFap team, whether as retaliation for a moderation action or for any other reason is strictly prohibited. Actions include but are not limited to threats of violence, frivolous lawsuits, hacking, harassment, etc. Such threats will result in a permanent ban for the user.

**Alts.** Alternate user profiles, or alts are permitted in order to maintain anonymity. However, this must be balanced with the requirement to maintain good order on the site. Therefore, alt accounts that are made with an intent to deceive, break rules, circumvent moderator actions, troll, maintain conversations with yourself, or engage in other disruptive behavior will be subject to severe moderator action, up to and including ban of the alt and/or main accounts. Any punishment applied to on user account is subject to enforcement on all the user's accounts, even if a moderator did not apply the action to the other account. For instance, if a user's first account is muted 5 days, a user shall not use a second account during that time, even if it wasn't muted. Violating this will get the alt account banned and a more serious penalty assessed against the main account.

**Quoting Personal Journals.** Due to the personal nature of journals, prior to quoting information from another user's journal into another thread, users are required to obtain permission from the author. Violations of this policy will result in moderator action.

**Improper Use of the Reporting System.** The reporting

system is for official use only. Improper use of the moderation system diverts resources away from the moderation system being able to resolve genuine reports. Using the reporting system for any other reason, such as spamming, harassing the moderation team, attempting to circumvent a mute, etc. is not permitted and users will be subject to moderator action.

**Other Disclosures**

The NoFap moderation team reserves the right to remove content or restrict users' posting privileges as necessary if it is deemed detrimental to the NoFap organization or to the experience of other users. Final interpretation of the rules rest with the NoFap moderation team. The moderation team is not required to provide an explanation as to why they considered the post a violation of the rules. See the user agreement, which is linked on the footer of every page.

Some staff, contractors, volunteers, or other members of the NoFap team use usernames or aliases instead of their real names. This is done for various personal reasons, but often to prevent their work here from interfering with their outside-NoFap-lives.

If you have any questions or comments about the rules, contact a moderator.

**Frequently Asked Questions**

**Are these conditions challenging my freedom of speech?**

A frequent rebuttal that the moderators get is the suggestion that such rules are a breach of freedom of posting and freedom of speech.

A conclusive response to this question has to be: it's a compromise. This is not 4chan, and this forum is not the same as our Reddit-hosted forum. This site may be more heavily moderated than other forums, but it is designed to be for the

benefit of everyone, to keep this site as a safe haven for people to come to when they are trying to quit PMO. Private organizations have the right to create rules that best serve the organization's purpose, similar to a restaurant not allowing people to dine in unsanitary ways. For example, we do not allow people to post pornography because the forums intention is to help those who are trying to quit using pornography.

We are not trying to create some sort of George Orwell inspired dystopia. If you feel that moving to another forum would be more beneficial for you, by all means go ahead. But it has been proven that we cannot always expect people to behave maturely here. As a result, we balance the benefits of free speech with reasonable regulations.

**Can I appeal a moderator action?**

You are welcome to voice your concerns, but moderator actions are usually not reversed. The moderation team typically reviews a thread and discussed the best course of action as a group prior to acting. As a result, the likelihood of a "rogue moderator" acting contrary to the forum rules is unlikely. That being said, you may request a review of a moderator action by contacting NoFap within a reasonable period of time, normally within a week of the action. If senior staff feel that it is warranted, a moderator action may be reviewed. If the action is reversed, you will be contacted, normally within 14 days. If you do not receive a response within 14 days, consider your appeal rejected. A response may not be sent if the action is not reversed. An action will only be reversed if the action was not the appropriate action for the violation. For instance, if a user posts pornography, apologizing and requesting a permanent ban be lifted will likely not be considered as the ban was in keeping with the forum rules. Additionally, the specifics of moderation actions, such as the moderators involved, details of reports, and rationale used in the decision will not be disclosed.

**Can I contact a moderator for personal advice?**

Do not contact us for personal advice, questions about rebooting, etc. Any moderator that offers to provide advice is doing so in the role of a private user and does not represent NoFap in that role.

Your personal advice inquiry should be posted in the appropriate forum section for community feedback. We do not have the resources to give you free 1:1 support through your reboot. That is what the forums are for, peer-to-peer support and camaraderie.

To get our advice, download the Getting Started guide and read through our website pages. We'll likely be releasing more information in the future and support options to help you through your reboot.

**Where can I receive technical support or leave suggestions?**

Technical support questions belong in the NoFap Technical Support forum section. But first, did you read the Forum Usage Guide? It has many answers to common questions such as changing usernames, posting threads, removing accounts, etc.

There isn't any guarantee that your thread will be responded to by a team member. Team members do respond to threads, when time permits. We do monitor threads to ensure there aren't technical issues with the website.

Suggestions may be made via this section, but also the Contact page if you would prefer to make a suggestion privately. Most inquiries are not responded to, as we get many of them on a daily basis, but rest assured that it has been read. Not all suggestions are implemented for a variety of reasons (likely financial or time limitations), but we do take feedback seriously and consider everything.

**What are ways I can contribute to the website?**

Currently, you can become a premium member. For a low monthly fee, you gain access to the shoutbox chat, multi-user conversations, and other unique features.

If you wish to contribute time, you can join our moderation team, starting out as a Moderator Assistant. You will remove spam, move threads, and notify the Moderation Team of rule breaking posts. Please PM @themammothrept if you are interested. We are also always looking for people willing to volunteer their time as a writer, coder, or web designer. If you are interested, please e-mail contact@nofap.com with a sample of your work.

**Store and Premium**

Inquiries about paid-for products or services, such as Store merchandise orders or Premium memberships may be made by opening a support ticket at NoFap.com/support.

**Press**

Journalists, producers, or other mass-media creators, should contact NoFap on our Contact page, but only after reading our press kit for a basic overview about our organization.

**Research**

We do not allow the surveying of users without authorization. Academic researchers should contact NoFap directly for permission, vetting, and approval before posting studies.

Last edited by a moderator: Mar 8, 2019

Moderation Team, Aug 10, 2017 #1

itsoverformanymen, Abesnake, The Portuguese Tank and 29 others like this.

(You must log in or sign up to reply here.)

Thread Status: **Not open for further replies.**

**Share This Page**

Tweet        Recommend   One person recommends this. Be the first of your friends.

NoFap ✦                                                                                    ✉ Contact Us    ⊙ Help

Copyright © 2011-2019 NoFap LLC. All Rights Reserved.                    Terms and Rules
NoFap® and Fapstronaut™ are trademarks owned by NoFap LLC. (see Trademark Guidelines)
Use of this website constitutes acceptance with our User Agreement. Our Privacy Policy is viewable on this page.
You must be 13 or older to use NoFap®. Users under 18 must read and adhere to these guidelines.
Any information you gather here is not medical advice and is provided solely for educational and informational purposes. If you are experiencing a mental health crisis, contact a hotline or authorities immediately.
Opinions shared by users of NoFap® do not represent the views of NoFap LLC. Likewise, the views of NoFap LLC are not universally shared by all of our users.
Forum software by XenForo™ ©2010-2017 XenForo Ltd. XenForo style by Pixel Exit ♦