IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:19-cv-01366 |
| v. | ) | |
| | ) | |
| NICOLE PRAUSE | ) | Honorable Maureen P. Kelly |
| | ) | United States Magistrate Judge |
| and | ) | |
| | ) | |
| LIBEROS LLC | ) | *Electronically Filed* |
| | ) | |
| *Defendants* | ) | Re: ECF No. 33 |

## ~~PLAINTIFF RHODES' PROPOSED ORDER~~

This matter being heard on May 15, 2020, and for good cause shown, this Court hereby GRANTS Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery. Plaintiff is permitted to conduct both written and oral discovery upon Defendants, Defendants' witness Greg Siegle, the University of Pittsburgh, and any Pennsylvania State Agency which have received reports filed against Plaintiff Rhodes. This Court hereby GRANTS ~~Plaintiff 90 days~~ the parties until July 15, 2020 to complete such limited discovery.

Further, this Court GRANTS Plaintiff's Request for a Continuance of the Evidentiary Hearing set for June 11, 2020. This matter is hereby reset for an evidentiary hearing on Aug. 20, 2020 at 9:00 a.m. Each party may file supplemental brief on the issue of jurisdiction by July 24, 2020.

IT IS SO ORDERED.

May 15, 2020
DATE

/s/ Maureen P. Kelly
JUDGE MAUREEN P. KELLY