IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-1366 |
| v. | ) | |
| | ) | |
| NICOLE PRAUSE | ) | |
| | ) | |
| And | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **SUBPOENA TO UNIVERSITY OF** |
| LIBEROS LLC. | ) | **PITTSBURGH** |
| | ) | |
| *Defendants* | ) | |
| | ) | |

Plaintiff Alexander Rhodes respectfully files the attached Subpoena that will be served on the University of Pittsburgh. A copy of the subpoena is attached hereto.

        Respectfully Submitted

        /s/ Andrew C. Stebbins
        Andrew C. Stebbins (OH 0086387)
        Minc LLC
        200 Park Avenue, Suite 200
        Orange Village, Ohio 44122
        T: (216) 373-7706
        astebbins@minclaw.com
        *Attorney for Plaintiff Alexander Rhodes*