IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-1366 |
| v. | ) | |
| | ) | |
| NICOLE PRAUSE | ) | |
| | ) | |
| And | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **SUBPOENA TO PENNSYLVANIA** |
| LIBEROS LLC. | ) | **DEPARTMENT OF STATE** |
| | ) | |
| *Defendants* | ) | |
| | ) | |

Plaintiff Alexander Rhodes respectfully files the attached Subpoena that will be served on the Pennsylvania Department of State. A copy of the subpoena is attached hereto.

          Respectfully Submitted

          /s/ Andrew C. Stebbins
          Andrew C. Stebbins (OH 0086387)
          Minc LLC
          200 Park Avenue, Suite 200
          Orange Village, Ohio 44122
          T: (216) 373-7706
          astebbins@minclaw.com
          *Attorney for Plaintiff Alexander Rhodes*