IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-1366 |
| v. | ) | |
| | ) | |
| NICOLE PRAUSE | ) | |
| | ) | |
| And | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **SUBPOENA TO GREGORY SIEGLE** |
| LIBEROS LLC. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

Plaintiff Alexander Rhodes respectfully files the attached Subpoena that will be served on Mr. Gregory Siegle. A copy of the subpoena is attached hereto.

Respectfully Submitted

/s/ Andrew C. Stebbins
Andrew C. Stebbins (OH 0086387)
Minc LLC
200 Park Avenue, Suite 200
Orange Village, Ohio 44122
T: (216) 373-7706
astebbins@minclaw.com
*Attorney for Plaintiff Alexander Rhodes*