United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/18/2020 at 5:56 PM and filed on 08/18/2020.

**Nicole R. Prause**
11611 Darlington Ave #3
Los Angeles, CA 90049
SSN / ITIN: xxx-xx-0291

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

**Michael Jay Berger**
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929
310-271-6223

**Elissa Miller (TR)**
SulmeyerKupetz
333 South Grand Avenue. Suite 3400
Los Angeles, CA 90071
213-626-2311

The case was assigned case number 2:20-bk-17525-NB to Judge Neil W. Bason.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/18/2020 17:59:26 | | | |
| **PACER Login:** | MichaelBerger:2592718:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:20-bk-17525-NB |

| Billable Pages: | 1 | Cost: | 0.10 |