IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER RHODES, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 2:19-cv-01366 |
| v. | : | |
| | : | |
| NICOLE PRAUSE and LIBEROS LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER OF COURT

AND NOW, this **25th** day of August, 2020, in light of the Suggestions of Bankruptcy filed in this case on behalf of Dr. Prause on August 19, 2020 (ECF No. 50), and on behalf of Liberos on August 24, 2020 (ECF No. 52), and given the claims being made by Plaintiff, Alexander Rhodes, in his Amended Complaint (ECF No. 20), as a matter of law this case is STAYED pursuant to 11 U.S.C. § 362, pending further review and direction from the United States Bankruptcy Court for the Central District of California and the Trustee for the bankruptcy estates of Defendants, Nicole Prause, Ph.D. and Liberos LLC.

Accordingly, all proceedings as to all parties in the above-captioned action are STAYED indefinitely until further Order of this Court.

*To the extent that Plaintiff asserts that the initiation of bankruptcy filings is an attempt to interfere with the scheduled key discovery in this case, Plaintiff may seek relief from the Bankruptcy Court.*

MAUREEN P. KELLY
United States Magistrate Judge